UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Edward Wilson, | File No. 23-cv-3673 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| State of Minnesota and Ramsey County Detention Center, *All staff*, | |
| Defendants. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on February 22, 2024. ECF No. 10. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 10] is **ACCEPTED**.

2. Pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. Plaintiff Edward Wilson's Application to Proceed in Forma Pauperis [ECF No. 3] is **DENIED AS MOOT**.

2

4.  Plaintiff's Motion to Access Grievances History [ECF No. 9] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 25, 2024         s/ Eric C. Tostrud
                               Eric C. Tostrud
                               United States District Court